# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137315 & (55)

KAREN LEONARD,
       Plaintiff-Appellee,
       Cross-Appellant,

v

                                      SC: 137315
                                      COA: 273129
                                      WCAC: 01-000139

WAYNE STATE UNIVERSITY,
       Defendant-Appellant,
       Cross-Appellee.

_____/

      On order of the Court, the application for leave to appeal the August 5, 2008 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2009

_____
Clerk

0120